IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Kevin P. Lischner | : | Bankruptcy No. 15-22384 |
| Debtor | : | |
| | : | Chapter 13 |
| Kevin P. Lischner, Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| Heritage Electrical Services, | : | |
| Respondent | : | |

### EX PARTE MOTION FOR ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The undersigned respectfully represents as follows:

1. A Chapter 13 case was filed on July 1, 2015.

2. It appears that the Debtor receives regular income which may be attached under 11 U.S.C. §1326 to fund the Chapter 13 Plan.

3. The likelihood of success in the case will be much greater if the Debtor's income is attached to fund the plan.

**WHEREFORE**, Debtor respectfully request that this Court enter an Amended Order to Pay Trustee in the form attached.

| | |
|---|---|
| <u>July 3, 2019</u> | /s/Shawn N. Wright |
| Date | Shawn N. Wright, Esquire |
| | Counsel for Debtor; PA #64103 |
| | 7240 McKnight Road |
| | Pittsburgh, PA 15237 |
| | (412) 920-6565 |
| | shawn@shawnwrightlaw.com |

ge